IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Kabbage, Inc., d/b/a KServicing,<br><br>                Plaintiff,<br><br>vs.<br><br>Customers Bank,<br><br>                Defendant. | Civil Action No.<br><br>1:22-cv-02101-JPB |

**PLAINTIFF KSERVICING'S RESPONSE TO CUSTOMER BANK'S
PARTIAL CONSENT MOTION FOR EXTENSION OF
TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

Plaintiff Kabbage, Inc. d/b/a KServicing ("Plaintiff") hereby files this Response to Defendant Customers Bank's ("Defendant") Partial Consent Motion for Extension of Time to Respond to Plaintiffs' Complaint (the "Motion"). [ECF No. 12].

## I.    RESPONSE

Plaintiff filed this lawsuit because Defendant has been slow-playing its payments to avoid paying Plaintiff tens of millions of dollars it is owed. Plaintiff agreed by email to a 30-day extension of the deadline to file responsive pleadings, and on Wednesday, June 22, 2022, offered to discuss further with Defendant on a

1

call that had already been planned for Thursday, June 23, 2022.  Defendant filed its motion seeking an extension before the parties' previously scheduled call.  Plaintiff and Defendant have since conferred by phone, and Plaintiff agrees to Defendant's request for a 60-day extension.

*Signature on Next Page*

DATED:  June 27, 2022               Respectfully submitted,

                                    By: /s/ *Uchenna Ekuma-Nkama*
                                         Georgia Bar No. 957861

                                    Yvette Ostolaza (*pro hac vice* pending)
                                    yvette.ostolaza@sidley.com
                                    Robert S. Velevis (*pro hac vice* pending)
                                    rvelevis@sidley.com
                                    D. Mason Parham (*pro hac vice* pending)
                                    mparham@sidley.com
                                    Drake E. Leifried (*pro hac vice* pending)
                                    dleifried@sidley.com
                                    SIDLEY AUSTIN LLP
                                    2021 McKinney Avenue, Suite 2000
                                    Dallas, TX  75201
                                    Telephone: 214.981.3300
                                    Facsimile: 214.981.3400

                                    Uchenna Ekuma-Nkama
                                    Georgia Bar No. 957861
                                    Alizé Mitchell
                                    Georgia Bar No. 349963
                                    DENTONS US LLP
                                    303 Peachtree Street, N.E.
                                    Suite 5300
                                    Atlanta, GA 30308
                                    Telephone: (404) 527-4000
                                    Facsimile:  (404) 537-4198
                                    uchenna.ekuma-nkama@dentons.com
                                    alize.mitchell@dentons.com

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| Kabbage, Inc. d/b/a KServicing<br><br>    Plaintiff,<br><br>v.<br><br>Customers Bank,<br><br>    Defendant. | CIVIL ACTION NO.<br>1:22-cv-02101-JPB |

## CERTIFICATE OF SERVICE AND COMPLIANCE

I certify that on June 27, 2022, I caused the foregoing PLAINTIFF KSERVICING'S RESPONSE TO CUSTOMER BANK'S PARTIAL CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT to be filed with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to counsel of record. I also certify this date that the foregoing was prepared in accordance with N.D. Ga. L.R. 5.1, using Times New Roman font, 14 point.

*/s/ Uchenna Ekuma-Nkama*
Uchenna Ekuma-Nkama