# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| Kabbage, Inc. d/b/a KServicing, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION FILE NO. |
| v. | ) | |
| | ) | 1:22-cv-02101-JPB |
| Customers Bank, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## CONSENT MOTION FOR EXTENSION OF CUSTOMERS BANK'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

Defendant Customers Bank ("Customers") and Plaintiff Kabbage, Inc. d/b/a KServicing ("Kabbage") hereby move, pursuant to Federal Rule of Civil Procedure 6(b), for a consent order extending the time for Customers to file a response to Plaintiff's Complaint, which is currently due on Monday, August 29. The Parties mediated their dispute on August 23 and made progress towards a negotiated solution to this case. The Parties believe that with a defined period of additional time for discussion and exchange of information that they can make continued progress to a resolution of this case. Accordingly, the Parties jointly request an extension of 21 days, through Monday, September 19, 2022, for Customers to

1

plead, move, or otherwise respond to Kabbage's Complaint in order to facilitate further settlement discussions.

WHEREFORE, Defendant Customers and Plaintiff Kabbage respectfully requests that this Court GRANT this Consent Motion for Extension of Customers Bank's Time to Respond to Plaintiff's Complaint and extend the time within which Customers is required to answer, move, or otherwise respond to the Complaint through and including September 19, 2022.

A proposed order is attached hereto as **Exhibit 1**.

Respectfully submitted this, the 25th day of August, 2022.

*Signatures on Next Page*

| | |
|---|---|
| **SIDLEY AUSTIN LLP** | **HOLLAND & KNIGHT LLP** |
| /s/ Robert S. Velevis | /s/   Nicholas R. Boyd |
| *By N. Boyd with express permission* | Todd D. Wozniak, Esq. |
| Yvette Ostolaza (*pro hac vice*) | Georgia Bar No. 777275 |
| yvette.ostolaza@sidley.com | Nicholas R. Boyd, Esq. |
| Robert S. Velevis (*pro hac vice*) | Georgia Bar No. 849842 |
| rvelevis@sidley.com | Regions Plaza, Suite 1800 |
| David Mason Parham (*pro hac vice*) | 1180 West Peachtree Street NW |
| mparham@sidley.com | Atlanta, Georgia 30309 |
| Drake E. Leifried (*pro hac vice*) | Telephone: (404) 817-8500 |
| dleifried@sidley.com | E-Mail: todd.wozniak@hklaw.com |
| 2021 McKinney Avenue, Suite 2000 | E-Mail: nicholas.boyd@hklaw.com |
| Dallas, Texas 75201 | |
| Telephone: 214.981.3300 | *Counsel for Defendant Customers Bank* |
| Facsimile: 214.981.3400 | |

**DENTONS US LLP**
Uchenna Ekuma-Nkama
Georgia Bar No. 957861
Alizé D. Mitchell
Georgia Bar No. 349963
303 Peachtree Street, N.E.
Suite 5300
Atlanta, GA 30308
Telephone: (404) 527-4000
Facsimile: (404) 527-4198
uchenna.ekuma-nkama@dentons.com
alize.mitchell@dentons.com

*Counsel for Plaintiff Kabbage, Inc., d/b/a K Servicing*

3

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| Kabbage, Inc. d/b/a KServicing,  ) | |
| ) | |
| Plaintiff,  ) | |
| ) | CIVIL ACTION FILE NO. |
| v.  ) | |
| ) | 1:22-cv-02101-JPB |
| Customers Bank,  ) | |
| ) | |
| Defendant.  ) | |
| _____) | |

## **LR 7.1(D) FONT COMPLIANCE CERTIFICATION**

The undersigned counsel certifies that the within and foregoing **Consent Motion for Extension of Time to Respond to Plaintiff's Complaint** was prepared using Times New Roman 14 point font in accordance with Local Rule 5.1 of the United States District Court for the Northern District of Georgia.

This 25th day of August, 2022.

                                        */s/ Nicholas R. Boyd*
                                        Nicholas R. Boyd

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 25, 2022, I filed the foregoing **Consent Motion for Extension of Customers Bank's Time to Respond to Plaintiffs' Complaint** with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to all counsel of record.

*/s/ Nicholas R. Boyd*
Nicholas R. Boyd
