## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| Kabbage, Inc., d/b/a KServicing, | Civil Action No. |
| Plaintiff, | 1:22-cv-02101-JPB |
| vs. | |
| Customers Bank, | |
| Defendant. | |

### PLAINTIFF KSERVICING'S NOTICE OF
### VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Kabbage, Inc. d/b/a KServicing ("Plaintiff") hereby files this notice to voluntarily dismiss, *without prejudice to re-filing*, Plaintiff's Complaint filed May 25, 2022. Defendant Customers Bank ("Customers") has been served with the Complaint but has neither filed an answer nor a motion for summary judgment.

The Parties shall bear their own attorneys' fees, costs, and expenses.

*Signature on Next Page*

1

DATED:  September 19, 2022   Respectfully submitted,

By: /s/ *D. Mason Parham*
Yvette Ostolaza (*pro hac vice*)
yvette.ostolaza@sidley.com
Robert S. Velevis (*pro hac vice*)
rvelevis@sidley.com
D. Mason Parham (*pro hac vice*)
mparham@sidley.com
Drake E. Leifried (*pro hac vice*)
dleifried@sidley.com
SIDLEY AUSTIN LLP
2021 McKinney Avenue, Suite 2000
Dallas, TX  75201
Telephone: 214.981.3300
Facsimile: 214.981.3400

Uchenna Ekuma-Nkama
Georgia Bar No. 957861
Alizé Mitchell
Georgia Bar No. 349963
DENTONS US LLP
303 Peachtree Street, N.E.
Suite 5300
Atlanta, GA 30308
Telephone: (404) 527-4000
Facsimile:  (404) 537-4198
uchenna.ekuma-nkama@dentons.com
alize.mitchell@dentons.com

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| Kabbage, Inc. d/b/a KServicing<br><br>      Plaintiff,<br><br>v.<br><br>Customers Bank,<br><br>      Defendant. | CIVIL ACTION NO.<br>1:22-cv-02101-JPB |

## CERTIFICATE OF SERVICE AND COMPLIANCE

I certify that on September 19, 2022, I caused the foregoing PLAINTIFF KSERVICING'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE to be filed with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to counsel of record. I also certify this date that the foregoing was prepared in accordance with N.D. Ga. L.R. 5.1, using Times New Roman font, 14 point.

*/s/ Uchenna Ekuma-Nkama*
Uchenna Ekuma-Nkama